Samuel C. Means (SBN 349032)
Chase.means@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 310.586.7700

Eric J. Maiers (*pro hac vice* to be filed)
eric.maiers@gtlaw.com
Matthew J. Levinstein (admitted *pro hac vice*)
levinsteinm@gtlaw.com
GREENBERG TRAURIG, LLP
360 N. Green St., Suite 1300
Chicago, IL 60607
T: 312.456.8400
F: 312.456.8435

*Attorneys for Defendant Globe Electric Company (U.S.A.), Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| PACEM IP HOLDINGS LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GLOBE ELECTRIC COMPANY (U.S.A.), INC., a Delaware corporation,<br><br>Defendant. | Case No.: 2:26-cv-00943-MWC-BFM<br>Hon. Michelle Williams<br><br>**UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT GLOBE ELECTRIC COMPANY (U.S.A.), INC. TO FILE ANSWER TO COMPLAINT**<br><br>*[[Proposed] Order Filed Concurrently]*<br><br>Complaint Served: February 2, 2026<br>Current Response Date: May 28, 2026<br>New Response Date: May 29, 2026 |

UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT GLOBE ELECTRONIC COMPANY (U.S.A.), INC. TO RESPOND TO INITIAL COMPLAINT

CASE NO. 2:26-cv-00943

Defendant Globe Electric Company (U.S.A.), Inc., ("Defendant") hereby respectfully moves the Court for an order extending the deadline by one day to file its Answer to the Plaintiff Pacem IP Holdings LLC's ("Plaintiff") initial Complaint.

Plaintiff filed its initial complaint on January 29, 2026. Plaintiff served Defendant with the Summons and Complaint via personal service on February 2, 2026, setting an initial responsive pleading deadline of February 23, 2026. A first extension of 30 days was previously entered, extending the initial responsive pleading deadline to March 25, 2026. A second extension of 14 days was also previously entered, extending the initial responsive pleading deadline to April 8, 2026.

On April 8, 2026, a responsive pleading in the form of a Motion to Dismiss for Lack of Jurisdiction was filed by Defendant (Dkt. 20), which was denied by the Court on May 14, 2026 (Dkt. 33), setting a deadline for Defendant to file an Answer to Plaintiff's initial Complaint of May 28, 2026.

Undersigned counsel unfortunately filed Defendant's Answer after midnight of May 28th, and the Answer was thus filed on Friday morning, May 29, 2026.

Undersigned counsel soon thereafter contacted Plaintiff's counsel, who agreed to a short, one-day extension to file Defendant's Answer. The Parties therefore, through their respective counsel of record, met and conferred regarding this extension of time and Plaintiff does not oppose this motion.

To determine whether neglect is excusable under Fed. R. Civ. P. 6(b)(1)(B), courts consider the danger of prejudice to the opposing party, the length of the delay, the reason for the delay, and whether the movant acted in good faith. *Golden v. Ford Motor Credit Co. LLC*, No. 2:24-CV-02935-SB-JPR, 2025 WL 2374821, at *1 (C.D. Cal. Apr. 14, 2025), citing *Briones v. Riviera Hotel & Casino*, 116 F.3d 379, 381–82 (9th Cir. 1997).

There is no danger for prejudice to the opposing party, as the delay was short (a matter of hours), and Plaintiff will now have a full additional day to respond to the counterclaims in Defendant's Answer. Defendant has also moved for this extension in

UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT GLOBE ELECTRONIC COMPANY (U.S.A.), INC. TO RESPOND TO INITIAL COMPLAINT

CASE NO. 2:26-cv-00943

good faith, as the purpose of the extension is not for delay and the undersigned promptly reached out to Plaintiff's counsel upon discovering the error to seek Plaintiff's approval for the presently requested extension.

Good cause therefore exists for the requested extension under Federal Rule of Civil Procedure 6(b)(1)(B), as this motion is unopposed and the extension will not prejudice any party.

Defendant therefore respectfully requests that the Court extend Defendant's deadline to file a responsive pleading until and including May 29, 2026.

DATED: May 29, 2026                GREENBERG TRAURIG, LLP

By:   */s/ Samuel C. Means*
Samuel C. Means (SBN 349032)
Chase.means@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 310.586.7700

Eric J. Maiers (*pro hac vice* to be filed)
eric.maiers@gtlaw.com
Matthew J. Levinstein (admitted *pro hac vice*)
levinsteinm@gtlaw.com
GREENBERG TRAURIG, LLP
360 N. Green St., Suite 1300
Chicago, IL 60607
T: 312.456.8400

*Attorneys for Defendant Globe Electric Company (U.S.A.), Inc.*

DATED: May 29, 2026                CHERRY JOHNSON SIEGMUND JAMES PC

By:   */s/ Jack Shaw*
Jack Shaw (SBN 309382)
jshaw@cjsjlaw.com
CHERRY JOHNSON SIEGMUND JAMES PC

2

8140 Walnut Hill Lane, Suite 105
Dallas, TX 75231
T: 254.732.2242
F: 866.627.3509

*Attorney for Plaintiff Pacem IP Holdings LLC*

UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT GLOBE ELECTRONIC
COMPANY (U.S.A.), INC. TO RESPOND TO INITIAL COMPLAINT

CASE NO. 2:26-cv-00943

## <u>SIGNATURE CERTIFICATION</u>

Pursuant to L.R. 5-4.3.4, I hereby certify that the content of this document is acceptable to Jack Shaw, an attorney for Plaintiff Pacem IP Holdings LLC, and that I have obtained his authorization to affix his electronic signatures to this document.

DATED: May 29, 2026

GREENBERG TRAURIG, LLP

By:   */s/ Samuel C. Means*
Samuel C. Means (SBN 349032)
Chase.means@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 310.586.7700

Eric J. Maiers (*pro hac vice* to be filed)
eric.maiers@gtlaw.com
Matthew J. Levinstein (admitted *pro hac vice*)
levinsteinm@gtlaw.com
GREENBERG TRAURIG, LLP
360 N. Green St., Suite 1300
Chicago, IL 60607
T: 312.456.8400
F: 312.456.8435

*Attorneys for Defendant*

4

UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT GLOBE ELECTRONIC COMPANY (U.S.A.), INC. TO RESPOND TO INITIAL COMPLAINT

CASE NO. 2:26-cv-00943

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on 29th of May, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of **UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT GLOBE ELECTRIC COMPANY (U.S.A.), INC. TO FILE ANSWER TO COMPLAINT** through the Court's CM/ECF system under Local Rule CV-5(a)(3).

*/s/ Samuel C. Means*
Samuel C. Means

5

UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT GLOBE ELECTRONIC COMPANY (U.S.A.), INC. TO RESPOND TO INITIAL COMPLAINT

CASE NO. 2:26-cv-00943