**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

PACEM IP HOLDINGS LLC, *a Texas limited liability company*,

Plaintiff,

v.

GLOBE ELECTRIC COMPANY U.S.A., INC.,

Defendant.

Case No. 2:26-cv-00943-MWC-BFM

**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE (DKT. [45]) [JS-6]**

Upon review of the Joint Stipulation to Dismiss Case ("Stipulation"), Dkt. # 45, brought under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Stipulation is **GRANTED**. The Stipulation is signed by all parties who have appeared in this action. Accordingly, the above-entitled matter and all claims herein are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: September 4, 2026

Honorable Michelle Wiliams Court

United States District Judge